UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

ROBERT McKENZIE
    Plaintiff

v.                                                    CAUSE NO. 4:20-cv-259

DOLGENCORP, LLC
    Defendant

## NOTICE OF REMOVAL

Defendant, Dolgencorp, LLC ("Defendant"), by and through counsel, and pursuant to 28 U.S.C. §§ 1441 and 1446, hereby removes this action from Clark Circuit Court, in Clark County, Indiana, to the United States District Court for the Southern District of Indiana, New Albany Division. As grounds for this removal, Defendant states as follows:

1. Plaintiff, Robert McKenzie, filed this lawsuit on November 30, 2020, in the Clark Circuit Court, Case No.: 10C02-2011-CT-000161, against Defendant. (the "State Court Action").

2. Plaintiff is a citizen and resident of the State of Indiana, based upon information received from Plaintiff's counsel, received via email.

3. Defendant is a citizen of Tennessee, and was a citizen of Tennessee at the time the Complaint was filed as, at both times, it was incorporated in and had/has its principal place of business in Tennessee. Defendant is thus a citizen of the State of Tennessee.

4. In his Complaint, Plaintiff alleges that Defendant was negligent and permitted a dangerous condition to exist on the Dolgencorp, LLC premises in Sellersburg, Clark County, Indiana, on or about July 24, 2020, causing him to fall and suffer injuries (*See* State Court Action

Complaint attached as part of State Court Record (**Ex. 1**).) Plaintiff did not allege a particular amount in controversy.

5. On December 18, 2020, Plaintiff's counsel confirmed, via electronic mail, that Plaintiff seeks in excess of $75,000.00, exclusive of interests and costs in this action. He also confirmed that his client, the Plaintiff, is a resident of Indiana.

6. This Notice of Removal is timely filed within thirty (30) days of Plaintiff's admission of the amount in controversy pursuant to 28 U.S.C. § 1446(b).

7. Under 28 U.S.C. § 1332(a), federal courts have original jurisdiction over all civil actions between citizens of different states where the amount in controversy exceeds the sum or value of $75,000.00, exclusive of costs and interest.

8. This Court thus has subject matter jurisdiction over this action and all claims asserted against Defendant, pursuant to 28 U.S.C. § 1332(a), as Plaintiff has placed more than $75,000.00 in controversy and there is complete diversity as between the parties. Removal of this action to this Court is thus proper under 28 U.S.C. § 1441.

9. Venue is proper in this Court pursuant to 28 U.S.C. § 94(b)(3) and 1441(a), as the United States District Court for the Southern District of Indiana, New Albany Division, is the federal judicial district and division embracing the Clark Circuit Court where the State Court Action was originally filed.

10. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders served upon Defendant in the State Court Action are attached to this Notice as **Exhibit 1**.

11. Pursuant to 28 U.S.C. § 1446(d), Defendant has filed this Notice with this Court, is serving a copy of this Notice upon Plaintiff's counsel and is filing a copy in the Clark Circuit Court. (Ex. 2)

**WHEREFORE**, for the reasons set forth above, Dolgencorp, LLC requests that this Court assume full jurisdiction over this action, as provided by law.

Respectfully submitted,

/s/ *B. Scott Jones*
B. Scott Jones, Esq. (#1955 95 TA)
REMINGER CO., L.P.A.
730 West Main Street, Suite 300
Louisville, Kentucky 40202
T: 502-584-1310
F: 502-589-5436
Email: sjones@reminger.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 30th day of December 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

I further certify that on this the 30th day of December 2020, a copy of the foregoing has been sent to the following via electronic mail.

Phillip Olsson, Esq. (#29416-53)
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404
Email: philo@kennunn.com
*Counsel for Plaintiff*

/s/ *B. Scott Jones*
B. Scott Jones