**10C02-2011-CT-000161**

**Clark Circuit Court 2**

Filed: 11/30/2020 6:23 PM
Clerk
Clark County, Indiana

CIRCUIT & SUPERIOR COURTS FOR THE COUNTY OF CLARK
STATE OF INDIANA
CITY-COUNTY BUILDING, 501 EAST COURT AVENUE
JEFFERSONVILLE, INDIANA 47130

Robert McKenzie

                 Plaintiff(s)

VS.                             No.

Dolgencorp, LLC

                 Defendant(s)

**SUMMONS**

The State of Indiana to Defendant: **Dolgencorp, LLC c/o Corporation Service Company, 135 North Pennsylvania Street, Suite 1610, Indianapolis, IN 46204**

    You have been sued by the person(s) named "plaintiff" in the court stated above.

    The nature of the suit against you is stated in the complaint which is attached to this document. It also states the demand which the plaintiff has made and wants from you.

    You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded. You have twenty-three (23) days to answer if this summons was received by mail. **Such Answer Must Be Made In Court.**

    If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date: 12/1/2020

                                            *Susan Popp*
                                      CLERK, CLARK CIRCUIT/SUPERIOR COURTS

PHILLIP OLSSON, #29416-53
ATTORNEY FOR PLAINTIFF
KEN NUNN LAW OFFICE
104 SOUTH FRANKLIN ROAD
BLOOMINGTON, IN 47404
TELEPHONE: (812) 332-9451)332-9451

**ACKNOWLEDGMENT OF SERVICE OF SUMMONS**

    A copy of the above summons and a copy of the complaint attached thereto were received by me at _____ this _____ day of _____, 2020.

                                                          SIGNATURE OF DEFENDANT

PRAECIPE: I designate the following mode of service to be used by the Clerk.

**XX**     By certified or registered mail with return receipt to above address.

☐     By Sheriff delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode with some person of suitable age and discretion residing therein.

☐     By _____ delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode.

☐     By serving his agent as provided by rule, statute or valid agreement, to-wit:

                                                          KEN NUNN LAW OFFICE

                                                          BY: *s/ PHILLIP OLSSON*
                                                              ATTORNEY FOR PLAINTIFF

**EXHIBIT 1**

**CERTIFICATE OF MAILING:** I certify that on the __ day of _____, 2020, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified mail requesting a return receipt signed by the addressee only, addressed to each of said defendant(s) at the address(es) furnished by plaintiff.

    Dated this __ day of _____, 2020.

_____
CLERK, CLARK CIRCUIT/SUPERIOR COURTS

**RETURN OF SERVICE OF SUMMONS BY MAIL:** I hereby certify that service of summons with return receipt requested was mailed on the __ day of __ _____, 2020, and that a copy of the return of receipt was received by me on the __ day of _____, 2020, which copy is attached herewith.

_____
CLERK, CLARK CIRCUIT/SUPERIOR COURTS

**CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL:** I hereby certify that on the __ day of _____, 2020, I mailed a copy of this summons and a copy of the complaint to the defendant(s) by (registered or certified) mail, and the same was returned without acceptance this __ day of __ _____, 2020_, and I did deliver said summons and a copy of the complaint to the Sheriff of Clark County, Indiana.

    Dated this __ day of _____, 2020.

_____
CLERK, CLARK CIRCUIT/SUPERIOR COURTS

**RETURN OF SUMMONS:** This summons came to hand on the __ day of _____, 2020, and I served the same on the __ day of _____, 2020.
1. By mailing a copy of the summons and complaint personally to _____ address _____.
2. By delivering a copy of summons and complaint personally to _____.
3. By leaving a copy of the summons and complaint at _____ the dwelling house or usual place of abode of defendant: _____ (Name of Person) and by mailing by first class mail a copy of the summons on the __ day of _____, 2020 to _____ his last known address.
4. By serving his agent as provided by rule, statute or valid agreement to-wit: _____ ___.
5. Defendant cannot be found in my bailwick and summons was not served.

And I now return this writ this __ day of _____, 2020.

_____
SHERIFF or DEPUTY

**RETURN ON SERVICE OF SUMMONS:** I hereby certify that I have served the within summons:
1. By delivery on the __ day of _____, 2020 a copy of this summons and a copy of the complaint to each of the within named defendant(s) _____.
2. By leaving on the __ day of _____, 2020 for each of the within named defendant(s)_____, a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____ ____ a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served.
3. _____ and by mailing a copy of the summons without the complaint to _____ at _____ the last known address of defendant(s).

    All done in Clark County, Indiana.

Fees: $_____

_____
SHERIFF or DEPUTY

**10C02-2011-CT-000161**

Clark Circuit Court 2

Filed: 11/30/2020 6:23 PM
Clerk
Clark County, Indiana

| | | | |
|---|---|---|---|
| STATE OF INDIANA | ) | IN THE CLARK | COURT |
| | ) SS: | | |
| COUNTY OF CLARK | ) | CAUSE NO. | |

ROBERT MCKENZIE

VS.

DOLGENCORP, LLC

## COMPLAINT FOR DAMAGES

Comes now the plaintiff, Robert McKenzie, by counsel, Ken Nunn Law Office, and for cause of action against the defendant, Dolgencorp, LLC, alleges and says:

1. That on or about July 24, 2020, the plaintiff, Robert McKenzie, was a customer at the Dollar General store located at 12017 IN-60 in Sellersburg, Clark County, Indiana.

2. That on or about July 24, 2020, as the plaintiff was entering the store, a wet floor mat at the entrance slipped out beneath him, causing him to fall and suffer serious injuries.

3. That it was the duty of the defendant to use ordinary care and diligence to keep and maintain the said premises in a condition reasonably safe for its intended uses and free from all defects and conditions which would render the premises dangerous and unsafe for plaintiff, or present an unreasonable risk of harm to plaintiff in his lawful use of same.

4. That it was the duty of the defendant to exercise reasonable care to protect plaintiff, by inspection and other affirmative acts, from the danger of reasonably foreseeable injury occurring from reasonably foreseeable use of said premises.

5. That it was the duty of the defendant to have available sufficient personnel and equipment to properly inspect and maintain the aforesaid premises in a condition reasonably safe for plaintiff and free from defects and conditions rendering the premises unsafe.

6. That it was the duty of the defendant to warn plaintiff of the dangerous and unsafe condition existing on said premises.

7. That the defendant knew or should have known of the unreasonable risk of danger to the plaintiff but failed either to discover it or to correct it after discovery.

-2-

8. That the fall and resultant permanent injuries of plaintiff were caused by the negligence of the defendant who failed to utilize reasonable care in the inspection and maintenance of said premises.

9. That the aforesaid acts of negligence on the part of the defendant were the proximate cause of the injuries sustained by the plaintiff.

10. That the plaintiff has incurred medical expenses and other special expenses, and will incur future medical expenses, lost wages and other special expenses, as a direct and proximate result of defendant's negligence.

WHEREFORE, the plaintiff demands judgment against the defendant for permanent injuries in a reasonable amount to be determined at the trial of this cause, for medical expenses and other special expenses, for future medical expenses, lost wages and other special expenses, court costs, and all other proper relief in the premises.

KEN NUNN LAW OFFICE

BY: *s/ Phillip Olsson*
Phillip Olsson, #29416-53
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404
Phone: (812) 332-9451
Fax: (812) 331-5321
E-mail: philo@kennunn.com

### REQUEST FOR TRIAL BY JURY

Comes now the plaintiff, by counsel, Ken Nunn Law Office, and requests that this matter be tried by jury pursuant to Trial Rule 38.

-3-

KEN NUNN LAW OFFICE

BY: *s/ Phillip Olsson*
Phillip Olsson, #29416-53
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404
Phone: (812) 332-9451
Fax: (812) 331-5321
E-mail: philo@kennunn.com

Phillip Olsson, #29416-53
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
Telephone: 812-332-9451
Fax Number: 812-331-5321
Attorney for Plaintiff

**KEN NUNN LAW OFFICE**
FRANKLIN PLACE
104 SOUTH FRANKLIN ROAD
BLOOMINGTON, INDIANA 47404-5295

"Fighting Insurance Companies Since 1967"



CERTIFIED MAIL
USPS CERTIFIED MAIL

9214 8901 9403 8326 6217 52

FIRST-CLASS MAIL
12/02/2020
$004.05
ZIP 47404
041L12204252

DOLGENCORP LLC C/O CORPORATION SERVICE COMPANY
STE 1610
135 N PENNSYLVANIA ST
INDIANAPOLIS IN 46204-2448

**1-800-Call-Ken**